UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Troy T., | Case No. 20-cv-1599 (WMW/KMM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*,[1] | |
| Defendant. | |

---

Before the Court is the August 16, 2021 Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez. (Dkt. 40.) The R&R recommends granting Plaintiff Troy T.'s motion for attorneys' fees. No objections have been filed. In the absence of objections to the R&R, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 16, 2021 R&R, (Dkt. 40), is **ADOPTED**.

2. Plaintiff's motion for attorneys' fees, (Dkt. 32), is **GRANTED**.

---

[1] "An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name." Fed. R. Civ. P. 25(d).

2

3.      Defendant shall pay Plaintiff's attorneys' fees in the amount of $5,220.50, subject to offset to satisfy any pre-existing debt owed to the United States, within 60 days.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  October 13, 2021                                      s/Wilhelmina M. Wright
                                                                                                            Wilhelmina M. Wright
                                                                                                            United States District Judge